%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

William Antos

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11844 REK

TO: (Name and address of Defendant)

William Antos
120 Hampden Circle
Hyannis, MA 02601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

AUG 2 4 2004

DATE



**Barnstable County Sheriff's Office**

I hereby certify and return that on September 15, 2004, at 7:00 p.m., I served the within Summmons, Complaint, Civil Action Cover Sheet, Case Cover Sheet & Corporation Disclosure Statement, to the within named defendant William Antos, by delivering an attested copy hereof in hand at 120 Hampden Circle, Hyannis, MA.

Fees: $46.40

Brad Parker, Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.