**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.: **1:04-cv-11844-REK** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **William Antos** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant William Antos (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendant.  The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

                                                           Respectfully Submitted for the Plaintiff,
                                                           Comcast of Massachusetts I, Inc.
                                                           By Its Attorney,

  10/15/04                                                    /s/  John M. McLaughlin
Date                                                            John M. McLaughlin
                                                             **Green, Miles, Lipton & Fitz-Gibbon**
                                                              77 Pleasant Street
                                                              P.O. Box 210
                                                             Northampton, MA 01061
                                                             (413) 586-0865
                                                             BBO No. 556328

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 15th day of October, 2004, a copy of the foregoing Request for Default was mailed first class to:

Mr. William Antos
120 Hamden Circle
Hyannis, MA 02601

                                                   /s/ John M. McLaughlin
                                                 John M. McLaughlin, Esq.