**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**  ) | Case No.: **1:04-cv-11844-REK** |
| ) | |
| **Plaintiff,**  ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST** |
| **vs.**  ) | **FOR DEFAULT** |
| ) | |
| **William Antos**  ) | |
| ) | |
| **Defendant**  ) | |
| ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On August 24, 2004, the Plaintiff filed a Complaint against the Defendant, **William Antos**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On September 15, 2004, the said Defendant was served **in hand, by Deputy Sheriff Brad Parker** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6.     I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 15th day of October, 2004.

> Respectfully Submitted for the Plaintiff,
> Comcast of Massachusetts I, Inc.
> By Its Attorney,
>
>
>   /s/ John M. McLaughlin
> John M. McLaughlin
> **Green, Miles, Lipton & Fitz-Gibbon**
> 77 Pleasant Street
> P.O. Box 210
> Northampton, MA 01061
> (413) 586-0865
> BBO No. 556328