UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Comcast of Massachusetts I, Inc.</u>                                      CIVIL ACTION
      Plaintiff
                      NO. <u>04-11844-REK</u>
    V.


<u>William Antos</u>
      Defendant


## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Comcast of Massachusetts I, Inc.</u>

for an order of Default for failure of the Defendant, <u>William Antos</u>

<u>             </u>, to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this <u>2nd</u> day of <u>November</u>, 20<u>05</u>.


                  SARAH THORNTON, CLERK


            By: <u>/s/ Karen Folan</u>
               Deputy Clerk


Notice mailed to:
William Antos
120 Hampden Circle
Hyannis, MA 02601

(default.not - 10/96)                                                                                                                    [ntcdflt.]