# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | **Case No.: 1:04-cv-11844-Rek** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF ATTORNEY IN** |
| **vs.** | ) | **SUPPORT OF PLAINTIFF'S MOTION** |
| | ) | **TO EXTEND TIME TO MOVE FOR** |
| **William Antos** | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been diligently working on the Motion for Default in this action, but I have determined it will contain considerable details and will be of assistance to the court.

2. I have yet to be contacted by the Defendant or anyone on his behalf.

Subscribed and sworn to, under the pains and penalties of perjury.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

1/26/06

Date

/s/ John M. McLaughlin
John M. McLaughlin (BBO: 556328)
**Green Miles Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-0865