# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**     ) | Case No.: 1:04-cv-11844-REK |
| )  | |
| Plaintiff,     ) | **ORDER OF** |
| )  | **DEFAULT JUDGMENT** |
| vs.     ) | |
| )  | |
| **William Antos**     ) | |
| )  | |
| Defendant     ) | |
| )  | |

The Court, having considered the Plaintiff's Motion for Default Judgment and the accompanying documentation filed with said motion, finds that the Plaintiff is entitled to a Default Judgment as follows:

1. $_____ in statutory damages pursuant to Title 47 U.S.C. § 553(c)(3)(A)(ii) and/or Title 47 U.S.C. § 553(c)(3)(B); for the violation of 47 U.S.C. § 553(a);

2. Costs $_____ pursuant to 47 U.S.C. 553(c)(2)(C);

3. The issuance of a permanent injunction pursuant to 47 U.S.C. § 553 (c)(2)(A), as follows:

    "The Court hereby enjoins the Defendant, the Defendant's respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendant or acting on the Defendant's behalf from the further modification and/or use of electronic equipment designed for the unauthorized interception of signal in accordance with Title 47; and

4. Post-Judgment interest running on the judgment pursuant to 26 U.S.C. § 1961;

5. Attorney's fees of $_____ pursuant to Title 47 U.S.C. 553(c)(2)(C).

Case 1:04-cv-11844-REK    Document 9-4    Filed 02/27/2006    Page 2 of 3

**SO ORDERED**.

Dated: _____

_____
United States District Court Judge