UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
COMCAST OF MASSACHUSETTS I,   )
INC.,                         )
      Plaintiff               )
                              )   CIVIL ACTION
      v.                      )   NO. 04-11844-REK
                              )
WILLIAM ANTOS,                )
      Defendant               )
_____)
```

**Final Judgment**
April 26, 2006

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

(1) Plaintiff is entitled to judgment against the defendant.

(2) The amount to be awarded is $4,500 in statutory damages and $859.40 in reasonable attorneys' fees and costs.

(3) The court hereby enjoins defendant William Antos, his respective agent's servants, employees, and any person or entity controlled directly or indirectly by the defendant or acting on the defendant's behalf from the further modification and/or use of electronic equipment designed for the unauthorized interception of signals in violation of provisions of Title 47.

(4) Plaintiff is entitled to post-judgment interest on the monetary awards pursuant to 28 U.S.C. § 1961(a) at the federal judgment rate applicable on the date of final judgment.

      (5) This case is closed.

Approved:                                                                                          By the Court,

_/s/Robert E. Keeton_____                                    _/s/Jennifer Filo_____

Robert E. Keeton                                                              Jennifer Filo, Deputy Clerk
Senior United States District Judge